```
1   JOHN A. SHEPARDSON, SBN 129081
2   59 N. Santa Cruz Ave., Ste. Q
    Los Gatos, CA 95030
3   T (408) 395-3701
4   F (408) 395-0112
5
6   Attorney for DEFENDANT, COUNTER-COMPLAINANT &
7   CROSS-COMPLAINANT PAUL PEREZ
8
```

**CHAMBER'S COPY**

FILED

DEC 22 2005

W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL PEREZ, an individual, MELISSA MANFRE, an individual,<br><br>    Defendants.<br>_____<br>PAUL PEREZ,<br><br>    Counter-Complainant<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE, COMPANY,<br><br>    Counter-Defendant.<br>_____<br>AND RELATED CROSS-ACTIONS. | CASE NO. C05 03419 RMW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Stipulation & Order                1                    Perez v. MetLife

1  |  Defendant, Counter-Complainant & Cross-Complainant PAUL PEREZ, and
2
3  Plaintiff and Counter-Defendant METROPOLITAN LIFE INSURANCE COMPANY,
4  Stipulate to having the Case Management Conference scheduled for ~~December 27,~~ January 13,
   2006 @ 10:30am.
5  ~~2005 at 1:30 p.m.~~ to be continued to March 24, 2006 at 10:30 a.m. This is
6  because Perez needs time to serve its Cross-Complaint.
7
8  Dated: 12/20/05
9                                         JOHN A. SHEPARDSON, ESQ. for
                                          Defendant, Counter-Complainant &
10                                        Cross-Complainant PAUL PEREZ
11
12 Dated: 12/15/05
                                          LAWRENCE E. BUTLER, ESQ. for
13                                        Plaintiff and Counter-Defendant
14                                        METLIFE INSURANCE COMPANY
15 SO ORDERED.
16 Dated: 12/22/05                        Ronald M. Whyte
17                                        HON. RONALD. M. WHYTE
18
...
28

Stipulation & Order                 2                 Perez v. MetLife