JOHN A. SHEPARDSON, SBN 129081
59 N. Santa Cruz Ave., Ste. Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112

Attorney for DEFENDANT, COUNTER-COMPLAINANT &
CROSS-COMPLAINANT PAUL PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA    *E-FILED - 3/23/06*

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO. C05 03419 RMW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PAUL PEREZ, an individual, MELISSA MANFRE, an individual, | |
| Defendants. | |
| PAUL PEREZ, | |
| Counter-Complainant | |
| vs. | |
| METROPOLITAN LIFE INSURANCE, COMPANY, | |
| Counter-Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

Defendant, Counter-Complainant & Cross-Complainant PAUL PEREZ ("Perez"), Defendant MELISSA MANFRE, and Plaintiff and Counter-Defendant METROPOLITAN LIFE INSURANCE COMPANY, agree to stipulate to continue the Case Management Conference currently scheduled for **March 24, 2006 at 10:30 a.m., for 60 days.**  Perez has experienced an unexpected difficulty serving Cross-Defendant, SBC because of its recent merger with AT&T. A continuance would save judicial time and resources, as it would be ineffectual to proceed with the Case Management Conference before all parties have been properly served.

**IT IS SO STIPULATED**.

Dated: _____
JOHN A. SHEPARDSON, ESQ. for
Defendant, Counter-Complainant &
Cross-Complainant PAUL PEREZ

Dated: _____
Defendant MELISSA MANFRE, In Pro Per

Dated: _____
KRISTA L. MITZEL, ESQ. for
Plaintiff and Counter-Defendant
METLIFE INSURANCE COMPANY

**SO ORDERED**. The Case Management Conference is continued to May 26, 2006 @ 10:30 am.

Dated:  3/23/06          /s/ Ronald M. Whyte
                        HON. RONALD. M. WHYTE

Stipulation & Order          2          Perez v. MetLife