JOHN A. SHEPARDSON, SBN 129081
59 N. Santa Cruz Ave., Suite Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112


Attorney for DEFENDANT, COUNTER-COMPLAINANT & CROSS-COMPLAINANT PAUL PEREZ


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA     *E-FILED - 5/24/06*

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) PAUL PEREZ, an individual, ) MELISSA MANFRE, an individual, ) ) Defendants. ) _____/ ) PAUL PEREZ, ) ) Counter-Complainant, ) ) vs. ) ) METROPOLITAN LIFE ) INSURANCE COMPANY, ) ) Counter-Defendant. ) _____/ ) AND RELATED CROSS-ACTION. ) _____/ | CASE NO. C0503419 RMW **STIPULATION & ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Stipulation and Order         1              Perez v. MetLife

Defendant, Counter-Complainant & Cross-Complainant PAUL PEREZ, and Plaintiff and Counter-Defendant METROPOLITAN LIFE INSURANCE COMPANY, Stipulate to having a Case Management Conference scheduled for **continued from May 26, 2006 at 10:30 a.m to June 30, 2006 at 10:30 a.m.** (jg) This is because Perez was just able to effectuate service on Pac Bell on May 10, 2006.

Dated:_____  /S/_____
JOHN A. SHEPARDSON, ESQ.
For Defendant, Counter-
Complainant & Cross-
Complainant PAUL PEREZ

Dated:_____  /S/_____
KRISTA MITZEL, ESQ. for
Plaintiff and Counter-Defendant
METLIFE INSURANCE
COMPANY

    SO ORDERED.

Dated:__5/24/06_____  /s/ Ronald M. Whyte_____
HON. RONALD M. WHYTE

Stipulation and Order        2          Perez v. MetLife