JOHN A. SHEPARDSON, SBN 129081
59 N. Santa Cruz Ave., Suite Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112


Attorney for DEFENDANT, COUNTER-COMPLAINANT & CROSS-COMPLAINANT PAUL PEREZ


UNITED STATES DISTRICT COURT

*E-FILED - 8/17/06*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAUL PEREZ, an individual,<br>MELISSA MANFRE, an individual,<br><br>    Defendants.<br>_____<br><br>PAUL PEREZ,<br><br>    Counter-Complainant,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Counter-Defendant.<br>_____ | CASE NO.  C0503419 RMW<br><br>**STIPULATION & ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Defendant, Counter-Complainant & Cross-Complainant PAUL PEREZ,

and Plaintiff and Counter-Defendant METROPOLITAN LIFE INSURANCE

COMPANY, Stipulate to having a Case Management Conference scheduled for

Stipulation and Order     1     Perez v. MetLife

**continued from September 8, 2006 to October 13, 2006 at 10:30 a.m.** This is because the parties appear very close to a settlement, and MetLife's claims department has needed additional to internally process the settlement offer, and obtain final authority and approval.

Dated:_____

JOHN A. SHEPARDSON, ESQ.
For Defendant, Counter-Complainant & Cross-Complainant PAUL PEREZ

Dated:_____

KRISTA MITZEL, ESQ. for Plaintiff and Counter-Defendant METLIFE INSURANCE COMPANY

SO ORDERED.

Dated:__8/17/06_____

 /s/ Ronald M. Whyte
HON. RONALD M. WHYTE

Stipulation and Order        2              Perez v. MetLife