SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
E-mail: lbutler@seyfarth.com
Krista L. Mitzel (SBN 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff and Counter-Defendant,
METROPOLITAN LIFE INSURANCE COMPANY

LAW OFFICES OF JOHN A. SHEPARDSON
John A. Shepardson (SBN 129081)
59 N. Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile: (408) 395-0112

Attorney for Defendant and Counter-Claimant
PAUL PEREZ

*E-FILED - 10/20/06*

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL PEREZ, an individual, and MELISSA MANFRE, an individual,<br><br>Defendants.<br><hr>PAUL PEREZ,<br><br>Counter-Claimant,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Counter-Defendant. | Case No. C 05 03419 RMW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

///

///

1

STIPULATION RE: DISMISSAL AND [PROPOSED] ORDER / CASE NO. C 05 03419 RMW

1  Metropolitan Life Insurance Company ("MetLife") and Paul Perez ("Perez") have come
2  to a settlement of this action.
3  IT IS HEREBY STIPULATED, by and between MetLife and Perez, by and through their
4  respective attorneys of record, that this action, and all related actions, shall be dismissed with
5  prejudice, each party to bear their own fees and costs.
6  IT IS SO STIPULATED.
7  DATED: ~~September~~ October 19, 2006          SEYFARTH SHAW LLP
8
9                                                 By _____/s/ Krista M._____
                                                        Lawrence E. Butler
                                                        Krista L. Mitzel
10
                                                   Attorneys for Plaintiff/Counter-Defendant
11                                                 METROPOLITAN LIFE INSURANCE
                                                   COMPANY
12

13  DATED:  September ___, 2006                   LAW OFFICES OF JOHN A.
                                                   SHEPARDSON
14

15                                                 By_____
                                                        John A. Shepardson
16

17                                                 Attorney for Defendant/Counter-Claimant
                                                   PAUL PEREZ
18

19                                         **ORDER**

20  Pursuant to the stipulation of the parties, the above entitled action, and related counter-
21  complaint, are dismissed with prejudice.
22  IT IS SO ORDERED.
23  DATED: _____ 2006         _____
                                                   The Honorable Ronald M. Whyte
24                                                 United States District Court Judge

25

26

27

28

SF1 28265300.1 / 19200-000241
                                             2
STIPULATION RE: DISMISSAL AND [PROPOSED] ORDER / CASE NO. C 05 03419 RMW

1  Metropolitan Life Insurance Company ("MetLife") and Paul Perez ("Perez") have come
2  to a settlement of this action.
3  IT IS HEREBY STIPULATED, by and between MetLife and Perez, by and through their
4  respective attorneys of record, that this action, and all related actions, shall be dismissed with
5  prejudice, each party to bear their own fees and costs.
6  IT IS SO STIPULATED.
7  DATED: September ___, 2006    SEYFARTH SHAW LLP
8
9  By_____
   Lawrence E. Butler
   Krista L. Mitzel
10
11  Attorneys for Plaintiff/Counter-Defendant
    METROPOLITAN LIFE INSURANCE
    COMPANY
12
13  DATED: ~~September~~ October /2, 2006    LAW OFFICES OF JOHN A.
                                              SHEPARDSON
14
15  By_____
   John A. Shepardson
16
17  Attorney for Defendant/Counter-Claimant
    PAUL PEREZ
18
19  **ORDER**
20  Pursuant to the stipulation of the parties, the above entitled action, and related counter-
21  complaint, are dismissed with prejudice.
22  IT IS SO ORDERED.
23  DATED: __10/20__ 2006    /s/ Ronald M. Whyte
                              _____
24                            The Honorable Ronald M. Whyte
                              United States District Court Judge
25
26
27
28

SF1 28265300.1 / 19200-000241                2