SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043)
E-mail: lbutler@seyfarth.com
Krista L. Mitzel (SBN 221002)
E-mail: kmitzel@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff and Counter-Defendant,
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT         *E-FILED - 11/9/06*

THE NORTHERN DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. C 05 03419 RMW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO RELEASE AND DISBURSE INTERPLEADER FUNDS |
| v. | |
| PAUL PEREZ, an individual, and MELISSA MANFRE, an individual, | |
| Defendants. | |
| PAUL PEREZ, | |
| Counter-Claimant, | |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Counter-Defendant. | |

Metropolitan Life Insurance Company ("MetLife") and Paul Perez ("Perez") have come to a settlement of this action. This Court dismissed the case per the parties' stipulation on October 20, 2006.

Therefore, counsel of record for MetLife requests that the funds deposited with this Court on November 8, 2005 by MetLife in the amount of $25,002.42, be released and disbursed to Paul

1

[PROPOSED] ORDER DISBURSING INTERPLEADER FUNDS / CASE NO. C 05 03419 RMW

1 | Perez and his counsel of record, John A. Shepardson pursuant to the Confidential Settlement
2 | Agreement and Specific Release executed by all the parties on October 19, 2006.

3 | DATED: October 24, 2006          SEYFARTH SHAW LLP

4
                                    By /s/ Krista L. Mitzel
5                                      Lawrence E. Butler
                                       Krista L. Mitzel
6
                                    Attorneys for Plaintiff/Counter-Defendant
7                                   METROPOLITAN LIFE INSURANCE
                                    COMPANY
8

9 | **ORDER**

10 | Pursuant to the settlement reached by the parties in the above-entitled action and related
11 | counter-complaint, it is hereby ordered that the funds deposited with this Court on November 8,
12 | 2005 in the amount of $25,002.42 be released and disbursed to Paul Perez and attorney of record,
13 | John A. Shepardson.

14 | IT IS SO ORDERED.

15 | DATED: __11/9_____ 2006        /s/ Ronald M. Whyte
                                         The Honorable Ronald M. Whyte
16                                       United States District Court Judge

SF1 28267898.1 / 19200-000241

2

[~~PROPOSED~~] ORDER DISBURSING INTERPLEADER FUNDS / CASE NO. C 05 03419 RMW